United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § **Nefi Jacob Shannon** § § Debtor(s) § | Case No. 26-30044 Chapter 13 |

### ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13 SCHEDULES, STATEMENT OF AFFAIRS, AND CHAPTER 13 PLAN

ON THIS DAY, Debtor's Motion to Extend Time to File Chapter 13 Schedules, Statements and Chapter 13 Plan (the "Motion") came on for consideration. The Court finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that the deadline to file the Debtor's Schedules, Statement of Affairs, Chapter 13 Plan, and other documents subject of the clerk's notice of deficiency is January 27, 2026.

Signed: January 26, 2026

_____
Marvin Isgur
United States Bankruptcy Judge